**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7494**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

EMMETT ALVIN MONSON, a/k/a Timothy Lee Barr,

Defendant - Appellant.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem. Frank W. Bullock, Chief District Judge. (CR-93-42-WS, CA-97-610-6)

---

Submitted: March 11, 1999          Decided: March 17, 1999

---

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Emmett Alvin Monson, Appellant Pro Se. Lisa Blue Boggs, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Emmett Alvin Monson seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability, deny Monson's motion for appointment of counsel, and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Monson</u>, Nos. CR-93-42-WS; CA-97-610-6 (M.D.N.C. Aug. 25, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2